**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Graham Colin Hall                                      Case Number: 04-41717
       Janet Hall                                                      Chapter :  13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____                               **Amount of Dividend**
**Graham Colin Hall**                                                 $ 323.08
**Janet Hall
4377 Citation Drive
Southaven, MS  38671**

Dated: **November 24, 2010**                       \S\ Robert E. Hyman
                                                                 _____
                                                                  **(Signature of Trustee)**

                                                                  **Robert E. Hyman
Standing Chapter 13 Trustee
P.O. Box 1780
Richmond, VA. 23218-1780**